## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

|  |  |  |
|---|---|---|
| JAMES L. (JIMMY) COOPER, III, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-01312-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as Secretary of State of the State of Georgia,* | * * * * | |
| Defendant. | * * | |

## ORDER

Presently before the Court is the Parties' "Joint Motion for Entry of a Permanent Injunction and Final Order." [Doc. 37]. For the reasons set forth in this Court's Order on Plaintiffs' motion for a preliminary injunction [Doc. 29], and for good cause shown, the Court **GRANTS** the Parties' motion. [Doc. 37]. The Court **DECLARES** that in light of the current public health emergency caused by the novel coronavirus, Georgia's ballot-access laws for independent and political-body candidates for President of the United States and U.S. Representatives violate Plaintiffs' rights guaranteed by the First and Fourteenth Amendments to the U.S. Constitution, as enforced by 42 U.S.C. § 1983.

Accordingly, the Court **ENJOINS** the Georgia Secretary of State, along with his agents, servants, employees, attorneys, and other persons who are in active concern or participation with him, from enforcing the petition-signature requirements set out in O.C.G.A. § 21-2-170 for the 2020 general election, except as follows: the Secretary of State and other election superintendents are hereby **ORDERED** to reduce the applicable signature requirements for all independent and political-body candidates by 30 percent for the 2020 general election.

In light of this ruling, the Court **DENIES AS MOOT** Plaintiffs' pending Motion for Summary Judgment [Doc. 34] and directs the Clerk to **CLOSE** this case.

**SO ORDERED**, this 14th day of September, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

2